IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE ANTHONY CARRERA, MYRIA CARRERA FERNANDEZ, HEATHER CARRERA, SYLVIA M. CARRERA, INDIVIDUALLY AS THE REPRESENTATIVES OF THE STATE OF JOEL CARRERA, DECEASED<br>　Plaintiffs,<br><br>vs.<br><br>TROY CHRISTOPHER CHAFFEE, KNIGHT TRANSPORTATION, INC. AND KNIGHT TRANSPORTATION, INC. D/B/A KNIGHT TRANSPORTATION TEXAS, INC.<br>　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  C.A. No. 3:20-cv-3584<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## INDEX OF MATTERS BEING FILED

Defendants, **KNIGHT TRANSPORTATION, INC.** **and KNIGHT TRANSPORTATION, INC. D/B/A KNIGHT TRANSPORTATION TEXAS, INC.**, in connection with the removal of this case to the United States District Court for the Northern District of Texas, Dallas Division, file their index of matters, as follows:

| | |
|---|---|
| Exhibit A | Plaintiff's Original Petition and Requests for Disclosure, Requests for Production and First Set of Interrogatories to Defendants. |
| Exhibit B | Civil Process Requests |
| Exhibit C | Return of Citation on Knight Transportation, Inc. |
| Exhibit D | Return of Citation on Knight Transportation, Inc. d/b/a Knight Transportation Texas, Inc. |
| Exhibit E | Civil Docket Sheet |

                Respectfully submitted,

                */s/ Ryan T. Hand*

                Ryan T. Hand

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rth@lorancethompson.com
**ATTORNEY FOR DEFENDANTS**
**KNIGHT TRANSPORTATION, INC. d/b/a**
**KNIGHT TRANSPORTATION TEXAS, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that on this 7th day of December 2020 a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

Corey Gomel
Dominique Bartholet
**GOMEL & ASSOCIATES, P.C.**
1177 West Loop South, Suite 1400
Houston, Texas 77027
E-Mail: dbartholet@713abogado.com

                */s/ Ryan T. Hand*

                Ryan T. Hand